# Court of Appeals
# of the State of Georgia

ATLANTA,  August 25, 2022

*The Court of Appeals hereby passes the following order:*

## A23A0094. FLOYD HARRELL et al. v. BANK OF AMERICA, N. A.

In 2015, after Bank of America, N. A. filed a complaint for declaratory judgment and petition to remove cloud from title, the trial court entered a final judgment against Floyd and Diane Harrell and in favor of Bank of America. Several years later in 2022, the Harrells, appearing pro se, filed a "Motion to Set Aside Judgment for Fraud and Temporary Restraining Order on Foreclosure Until Discovery," which the trial court denied. The Harrells filed a notice of appeal from the trial court's order. However, we lack jurisdiction.

Although the Harrells's motion did not explicitly cite OCGA § 9-11-60 (d), they sought to set aside the judgment on the basis of fraud, which is one of the grounds set forth in OCGA § 9-11-60 (d) (2). As a general rule, an appeal from an order denying a motion to set aside brought under OCGA § 9-11-60 (d) must be initiated by filing an application for discretionary review. See OCGA § 5-6-35 (a) (8); *Parker v. Robinson*, 337 Ga. App. 362, 364 (2) (787 SE2d 317) (2016). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Because the Harrells failed to follow the requisite discretionary application procedure, we lack jurisdiction to

consider this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

　　　*Clerk's Office, Atlanta,* __08/25/2022__

　　　*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

　　　*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*